AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Marimar Martinez

*Plaintiff(s)*

v.

The United States of America

*Defendant(s)*

Civil Action No. 1:26-cv-12187

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael L. Gallagher
Gallagher & Kosner Law, LLC
161 N. Clark St., Suite 2060
Chicago, IL 60601
312-910-5050
mlg@gktriallawyers.com

Christopher V. Parente
Cheronis & Parente, LLC
140 S. Dearborn St., Suite 404
Chicago, IL 60603
312-277-1920
cparente@cheronislaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: October 5, 2026

(By) DEPUTY CLERK

Civil Action No. 1:26-cv-12187

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States of America c/o U.S. Department of Justice was received by me on *(date)* 10/07/2026 .

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☑ Other *(specify)*: I served this summons by mailing a copy to the United States of America c/o U.S. Departmet of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0001 by certified mail, return receipt requested (Receipt # 9314 8699 0430 0157 8109 90).

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/07/2026

[signature]
*Server's signature*

Erin Welsh / Paralegal
*Printed name and title*

161 N. Clark St., Suite 2060
Chicago, IL 60601
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

October 20, 2026

Dear Covius Document Services:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0157 8109 90**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 19, 2026, 03:15 p.m. |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | Attorney General of the United States U S  Depar |

## Shipment Details

| | |
|---|---|
| **Weight:** | 13.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 950 PENNSYLVANIA AVE NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20530-0001 |

## Recipient Signature

Signature of Recipient:

Address of Recipient:




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Information in this section provided by Covius Document Services, LLC.

**Reference Number:** M. Martinez