**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Marimar Martinez,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendants. | Case No.: 26-cv-12187<br><br>Hon. Edmond E. Chang |

**INITIAL STATUS REPORT UNDER RULE 26(f)**

The parties have not yet conferred pursuant to Rule 26(f), and therefore do not jointly submit a discovery plan at this time. See Fed. R. Civ. P. 26(f)(2); Fed. R. Civ. P. 26(f)(3); Fed. R. Civ. P. 16(b). Plaintiff did contact counsel for the Defendant United States of America and was informed that defense counsel will be filing their appearance in the near future. Plaintiff understands that the Court will enter a scheduling order under Rule 16(b)(1), and that the Court will modify any such schedule "only for good cause." See Fed. R. Civ. P. 16(b)(4).

## I. Nature of the Case

A. Identify the attorneys of records for each party

**Plaintiff:**

Michael Gallagher
ARDC #6281432
Thomas Stewart
ARDC #6333609
Gallagher & Kosner Law
161 N Clark St., Suite 2060
Chicago, IL 60601
Phone: 312 910-5050
mlg@gktriallawyers.com
ts@gktriallawyers.com

Christopher Parente
ARDC # 6283700
Damon M. Cheronis
ARDC # 6277244
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
(773) 458-4899
cparente@cheronislaw.com
damon@cheronislaw.com

**Defendants:**

AUSA - Chicago
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
USAILN.ECFAUSA@usdoj.gov

B. State the basis for federal jurisdiction.

**Plaintiff brings claims under the Federal Tort Claims Act (FTCA). Jurisdiction is asserted under 28 U.S.C. §§ 1346 and 2674, including 28 U.S.C. §1346(b). Venue is alleged to be proper in this District because the events giving rise to the action occurred in Chicago, Illinois.**

C. Describe the nature of the claims asserted in the complaint and any counter claims.

**Plaintiff alleges that on October 4, 2025, during an encounter involving federal agents, Plaintiff was shot multiple times and suffered serious injuries. Plaintiff asserts tort claims under the FTCA against the United States of America. No counterclaims have been filed.**

D. State the major legal and factual issues in the case.

**The major legal and factual issues include, but are not limited to: (1) the circumstances leading up the vehicle collision and shooting that occurred on October 4, 2025 in Chicago, Illinois; (2) whether the federal agents' conduct was negligent and/or otherwise tortious under applicable law; (3) causation and the nature and extent of Plaintiff's injuries and damages; and (4) the scope of employment and applicability of the FTCA, including any defenses or exceptions raised by Defendant.**

E. Describe the relief sought by the Plaintiff.

**Plaintiff is seeking all allowable damages relating to the alleged violation of her constitutional rights and rights under the FTCA and Illinois law.**

## II. Pending Motions and Case Plan

A. Status on service of process on each defendant.

**The United States of America was served on October 19, 2026. Defendant's response is due December 18, 2026. The United States of America has yet to file an appearance in this matter.**

B. Identify all pending motions.

**There are no pending motions at this time.**

C. Submit a proposal for a discovery plan, including the following information:

| **Event** | **Deadline** |
|---|---|
| Initial Discovery Responses | January 15, 2027 |
| Amendment to the pleadings | July 16, 2027 |
| Completion of Fact Discovery | July 16, 2027 |
| Disclosure of Plaintiff's Expert Report(s) (one month after close of fact discovery) | August 16, 2027 |
| Deposition of Plaintiff's Expert(s) | September 17, 2027 |
| Disclosure of Defendant's Expert Report(s) | October 18, 2027 |
| Deposition of Defendant's Expert | November 19, 2027 |
| Dispositive Motion (one month after the close of expert discovery) | December 20, 2027 |

D. State whether a jury trial is requested and the probable length of trial (including jury selection, jury addresses, and jury deliberations).

**Plaintiff has not requested a jury trial as it is not allowable under the FTCA.**

E. State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

**Plaintiff agrees to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).**

## III. <u>Consent to Proceed Before a Magistrate Judge</u>

A. State whether the parties consent unanimously to proceed before a Magistrate Judge for all purposes, including entry of final judgement. The Court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge. Of course, the parties are free to withhold consent without any adverse substantive consequences.

**Plaintiff consents to proceed before the assigned Magistrate Judge Beth W. Jantz.**

## IV. <u>Status of Settlement Discussions</u>

A. State whether any settlement discussions have occurred.

**Settlement negotiations have not taken place.**

B. Describe the status of any settlement discussions.

**Settlement negotiations have not taken place.**

C. Whether the parties request a settlement conference.

**Plaintiff does not request a settlement conference at this time.**

Respectfully submitted,

PLAINTIFF

By: /s/ Michael L. Gallagher
Michael Gallagher
ARDC #6281432
Thomas Stewart
ARDC #6333609
Gallagher & Kosner Law
161 N Clark St., Suite 2060
Chicago, IL 60601
Phone: 312 910-5050
mlg@gktriallawyers.com
ts@gktriallawyers.com

and

Christopher Parente
ARDC # 6283700
Damon M. Cheronis
ARDC # 6277244
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
(773) 458-4899
cparente@cheronislaw.com
damon@cheronislaw.com